# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

GIULIANO PALLESCHI

    Debtor

                                           /

Case No. 23-49521-mar
Chapter 13
Hon. Mark A. Randon - Detroit

## STATEMENT OF CORPORATE OWNERSHIP

    Attached is the Statement of Corporate Ownership for the above-referenced case for OneMain Financial Group, LLC.

Dated: December 20, 2023

                                                      */s/ James M. McArdle*
                                                      James M. McArdle
                                                      Attorney for Creditor
                                                      3290 West Big Beaver Road, Suite 117
                                                      Troy, MI 48084
                                                      Phone (248)362-2600
                                                      Email: jmcardle@hoflawgroup.com

## STATEMENT OF CREDITOR

## REGARDING CORPORATE OWNERSHIP

[X] The following entities directly or indirectly own 10% or more of any class of the creditor's equity interest:

Name: OneMain Financial Group, LLC
Address: PO Box 3251 Evansville, IN 47731

Name:
Address:

Name:
Address:

Name:
Address:

(For additional names, attach an addendum to this form)

[X] There are no entities that directly or indirectly own 10% or more of any class of the creditor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/20/2023        Print Name: James M. McArdle
                         Signature: *James M. McArdle*
                         A Duly Authorized Representative
                         For OneMain Financial Group, LLC